UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-61366-Civ-COOKE/HUNT

LEROY MACK, individually and on
behalf of all those similarly situated,

    Plaintiff,

vs.

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

### ORDER GRANTING MOTION TO DISMISS

    THIS MATTER comes before me on Defendant's Motion to Dismiss or Alternative Motion to Compel Contractually Mandated Appraisal and Stay of Action Pending Appraisal (ECF No. 21). I have reviewed the Motion, the record, the relevant legal authorities, and the arguments made by the Parties at the Motion Hearing on November 6, 2019.

    For the reasons stated at the Motion Hearing, it is **ORDERED and ADJUDGED** that Defendant's Motion (ECF No. 21) is **GRANTED**. This case is **DISMISSED** *without prejudice* pending appraisal. The Clerk of Court shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in chambers at Miami, Florida, this 19th day of November 2019.

                                        */s/ Marcia G. Cooke*
                                        MARCIA G. COOKE
                                        United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*